# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISTY R. BRINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-11-1004-R |
| | ) |
| MICHAEL J. ASTRUE, Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the application by Plaintiff and motion for attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Doc. No. 23. Plaintiff seeks an award of fees in the amount of $6,798.45. The Defendant filed a response indicating he does not object to the requested fee. Therefore, Plaintiff's application for an award of attorney's fees in the amount of $6,798.45, payable to Plaintiff, is GRANTED. In the event these fees are paid to Plaintiff's attorney and Plaintiff's attorney recovers fees under 42 U.S.C. § 406(b), Plaintiff's attorney must refund the smaller amount of attorney's fees to the Plaintiff pursuant to *Wrenn v. Astrue*, 525 F.3d 931, 934 (10th Cir. 2008).

IT IS SO ORDERED this 3rd day of August, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE