**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MISTY R. BRINSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-11-1004-R |
| | ) |
| **MICHAEL J. ASTRUE, Commissioner,** | ) |
| **Social Security Administration,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

Plaintiff is hereby granted judgment against Defendant for attorney fees in the amount of $6,798.45.

IT IS SO ORDERED this 3rd day of August, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE